

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-22-00021-CR

Robert Ray **LACINA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-18-0000127
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On February 14, 2022, appellant filed two pro se motions: (1) a motion requesting the appointment of counsel on appeal and (2) a motion requesting access to the record on appeal. In January 2022, the trial court appointed Mr. Patrick Maguire as appellant's counsel on appeal. Therefore, appellant's pro se motion requesting appointment of counsel is DENIED AS MOOT. Because appellant is represented by counsel on appeal, he is not entitled to hybrid representation. Therefore, we DENY his motion requesting access to the record on appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court